HONORABLE ROBERT S. LASNIK

*Court Use only above this line.*

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WICKFIRE, LLC<br><br>        Plaintiff,<br><br>  v.<br><br>TRIMAX MEDIA, INC., *et al.*,<br><br>        Defendant. | NO. 2:15-mc-00051-RSL<br><br>**NOTICE OF APPEARANCE**<br><br>**(Clerk's Action Required)** |

TO:        CLERK OF THE COURT;

AND TO:   ALL COUNSEL OF RECORD.

    PLEASE TAKE NOTICE that Defendant TRIMAX MEDIA, INC., by and through its attorneys, John B. Crosetto and Emily Debow Garcia of Garvey Schubert Barer, directs and requests that all further papers and proceedings in said cause, exclusive of original process, be served upon Defendant TRIMAX MEDIA, INC., by sending a copy thereof to its attorneys at the address stated below.

NOTICE OF APPEARANCE - 1

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL
CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

1 | DATED this 19th day of May, 2015.

Respectfully submitted,

GARVEY SCHUBERT BARER

By /s/ John B. Crosetto
    John B. Crosetto, WSBA 36667
    Attorneys for Defendant TriMax Media, Inc.

GARVEY SCHUBERT BARER

By /s/ Emily Debow Garcia
    Emily Debow Garcia, WSBA 47874
    Attorneys for Defendant TriMax Media, Inc.

NOTICE OF APPEARANCE - 2

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington  98101-2939
206 464 3939

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington that on May 19, 2015, I caused the foregoing document to be served on the person(s) listed below in the manner shown:

**NOTICE OF APPEARANCE**

| | |
|---|---|
| Alan S. Middleton<br>18550 43rd Avenue NE<br>Lake Forest Park, WA  98155<br>**VIA:  ECF NOTIFICATION**<br><br>*Attorney for Defendant BrandVerity, Inc.* | Ruth Sarah Lee<br>Gardere Wynne Sewell LLP<br>1601 Elm Street, Suite 3000<br>Dallas, TX  75201<br>Via Email  rlee@gardere.com<br>(214) 999-4982<br><br>*Attorneys for Defendants, Laura Woodruff, Josh West and WREI, Inc.* |
| **ATLAS LAW PLLC**<br>Katharine M. Atlas<br>2525 Robinhood Street<br>Houston, Texas 77005<br>Telephone: (713) 561-5544<br>Facsimile: (832) 201-9874<br>katlas@atlastriallaw.com<br><br>*Via Federal Express*<br>*Attorney for Plaintiff Wickfire, LLC* | **DENKO COBURN LAUFF LLP**<br>Bradley Coburn<br>Sherri A. Wilson<br>3811 Bee Cave Road, Suite 204<br>Austin, Texas 78746<br>Telephone: (512) 906-2074<br>Facsimile: (512) 906-2075<br>coburn@dcllegal.com<br>wilson@dcllegal.com<br><br>*Via Federal Express*<br>*Attorney for Plaintiff Wickfire, LLC* |

Dated this 19th day of May 2015.

GARVEY SCHUBERT BARER

*/s/ Jill M. Beagle*
Jill M. Beagle
Legal Assistant

GSB:7087639.1 [99991.41780]

NOTICE OF APPEARANCE - 1

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
(206) 464-3939