HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WICKFIRE, LLC,<br><br>               Plaintiff,<br><br>    v.<br><br>TRIMAX MEDIA, INC., *et al.*,<br><br>               Defendants. | NO. 2:15-mc-00051-RSL<br><br>**DECLARATION OF SARA BROWN IN SUPPORT OF RESPONSE IN OPPOSITION TO MOTION TO QUASH OR MODIFY SUBPOENA**<br><br>Related Case: U.S. District Court for the Western District of Texas, Austin Division, Case No. 1:14-CV-34<br><br>Noted for Motion Docket<br>Friday, May 22, 2015 |

Sara A. Brown states:

1.     My name is Sara A. Brown. I am of sound mind, over the age of twenty-one years, have never been convicted of a felony or other crime involving moral turpitude, and I am capable of making this declaration. Unless otherwise stated, I have personal knowledge of the matters set forth herein, they are true and correct, and I could testify competently thereto if called upon to do so.

2.     I am an attorney at Gardere Wynne Sewell, LLP ("**Gardere**"). I serve as counsel for TriMax Media, LLC ("**TriMax**") in the above-captioned action.

DECLARATION OF SARA A. BROWN - 1

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

3.      I certify that Exhibit 1 attached to TriMax's Response in Opposition to Motion to Quash or Modify Subpoena is a true and correct copy of the April 22, 2015 email sent from David Naffziger to Laura Woodruff.

4.      I certify that Exhibit 2 attached to TriMax's Response in Opposition to Motion to Quash or Modify Subpoena is a true and correct copy of the May 2, 2014 email sent from Jon Brown to David Naffziger.

5.      I certify that Exhibit 3 attached to TriMax's Response in Opposition to Motion to Quash or Modify Subpoena is a true and correct copy of the December 19, 2013 email sent from BrandVerity to Wickfire.

6.      I certify that Exhibit 4 attached to TriMax's Response in Opposition to Motion to Quash or Modify Subpoena is a true and correct copy of the April 7, 2015 subpoena served on BrandVerity by TriMax.

7.      I certify that Exhibit 5 attached to TriMax's Response in Opposition to Motion to Quash or Modify Subpoena is a true and correct copy of the April 29, 2015 email from Barry Golden to David Naffziger.

8.      I certify that Exhibit 6 attached to TriMax's Response in Opposition to Motion to Quash or Modify Subpoena is a true and correct copy of the May 1, 2015 email from Barry Golden to David Naffziger.

9.      I certify that Exhibit 7 attached to TriMax's Response in Opposition to Motion to Quash or Modify Subpoena is a true and correct copy of the May 4, 2015 letter from Alan Middleton to Peter Vogel, Barry Golden, and me.

DECLARATION OF SARA A. BROWN - 2

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

10.     I certify that Exhibit 9 attached to TriMax's Response in Opposition to Motion to Quash or Modify Subpoena is a true and correct copy of the May 1, 2015 email from David Naffziger to Barry Golden.

11.     I certify that Exhibit 10 attached to TriMax's Response in Opposition to Motion to Quash or Modify Subpoena is a true and correct screenshot taken from the website of BrandVerity, Inc. on May 20, 2015.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 20, 2015.


Respectfully Submitted,

Sara Ann Brown

DECLARATION OF SARA A. BROWN - 3

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

1

## CERTIFICATE OF SERVICE

2
I, Jill M. Beagle. certify that on May 20, 2015, I caused a copy of the foregoing to be

3
served upon the following by the means indicated.

4
**Alan S. Middleton PLLC**                                    **By Email**
Alan Middleton

5
18550 43rd Ave. NE
Lake Forest Park, Washington 98155

6
(206) 533-0490
alanscottmiddleton@comcast.net

7

**ATLAS LAW PLLC**                                            **By Email**

8
Katharine M. Atlas
Texas Bar No. 24080777

9
2525 Robinhood Street
Houston, Texas 77005

10
Telephone: (713) 561-5544
Facsimile: (832) 201-9874

11
katlas@atlastriallaw.com

12
**DENKO COBURN LAUFF LLP**                                    **By Email**
Bradley Coburn (Texas Bar No. 24036377)

13
Sherri A. Wilson (Texas Bar No. 24075291)
3811 Bee Cave Road, Suite 204

14
Austin, Texas 78746
Telephone: (512) 906-2074

15
Facsimile: (512) 906-2075
coburn@dcllegal.com

16
wilson@dcllegal.com

17

18
Dated this 20th day of May 2015.

19
GARVEY SCHUBERT BARER

20
/s/ Jill M. Beagle
Jill M. Beagle

21
Legal Assistant

22

GSB:7090684.2 [99991.41780]

23

24

25

26

DECLARATION OF SARA A. BROWN - 4

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939