The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WICKFIRE, LLC,<br><br>  Plaintiff,<br><br> v.<br><br>TRIMAX MEDIA, INC., *et al.*,<br><br>  Defendants. | NO. 2:15-mc-00051-RSL<br><br>**NOTICE OF INTENT TO FILE SURREPLY AND REQUEST TO RESPOND TO MOTION TO STRIKE**<br><br>Related Case: U.S. District Court for the Western District of Texas, Austin Division, Case No. 1:14-CV-34<br><br>Noted for Motion Docket<br>Wednesday, May 27, 2015 |

To the extent the Court intends to consider movant BrandVerity, Inc.'s Motion to Strike (the "Motion") inserted into its Reply Memorandum in Support of Motion to Quash [Docket No. 10], Defendant TriMax Media, LLC ("TriMax") hereby respectfully submits notice of its intent to file a surreply pursuant to Local Rule 7(g)(1) to strike the Motion. TriMax received the Motion on Friday, May 22, 2015 at 5:48PM (Central Time, where TriMax and its counsel, admitted pro hac vice, are located). The following Monday, May 25, 2015, was Memorial Day, a federal holiday, and TriMax has filed this notice as soon as practicable.

To the extent that the Court deems TriMax's surreply to be a "response" to BrandVerity's Motion to Strike, TriMax respectfully requests leave from the Court to respond

NOTICE OF INTENT TO FILE SURREPLY - 1

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

to BrandVerity's Motion to Strike under Local Rule 7(g)(4).

DATED this 26th day of May 2015.

GARVEY SCHUBERT BARER

By ./s/ *John Crosetto*
John Crosetto, WSBA #36667

-and-

*/s/ Peter L. Vogel*
Peter S. Vogel
Admitted Pro Hac Vice
Texas Bar No. 20601500
GARDERE WYNNE SEWELL LLP
3000 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201-4761
Telephone: 214.999.3000
Facsimile: 214.999.4667
pvogel@gardere.com

ATTORNEYS FOR DEFENDANT
TRIMAX MEDIA, LLC

NOTICE OF INTENT TO FILE SURREPLY - 2

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

# CERTIFICATE OF SERVICE

I, Lori Druss, hereby certify that on May 26, 2015, I filed the foregoing Notice of Intent to File Surreply and Request to Respond to Motion to Strike with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the attorney Alan S. Middleton.

| | |
|---|---|
| **Alan S. Middleton PLLC**<br>Alan Middleton<br>18550 43rd Ave. NE<br>Lake Forest Park, Washington 98155<br>(206) 533-0490<br>alanscottmiddleton@comcast.net | **By Email from USDC CM/ECF System** |

Additionally, I caused a copy of the foregoing to be served upon the following attorneys by the means indicated.

| | |
|---|---|
| **ATLAS LAW PLLC**<br>Katharine M. Atlas<br>Texas Bar No. 24080777<br>2525 Robinhood Street<br>Houston, Texas 77005<br>Telephone: (713) 561-5544<br>Facsimile: (832) 201-9874<br>katlas@atlastriallaw.com | **By Email and via USPS 1st Class Mail** |
| **DENKO COBURN LAUFF LLP**<br>Bradley Coburn (Texas Bar No. 24036377)<br>Sherri A. Wilson (Texas Bar No. 24075291)<br>3811 Bee Cave Road, Suite 204<br>Austin, Texas 78746<br>Telephone: (512) 906-2074<br>Facsimile: (512) 906-2075<br>coburn@dcllegal.com<br>wilson@dcllegal.com | **By Email and via USPS 1st Class Mail** |

DATED this 26th of May, 2015.

GARVEY SCHUBERT BARER

By: _____
Lori A. Druss
Legal Assistant

GSB:7100673.3 [18929.69000]

NOTICE OF INTENT TO FILE SURREPLY - 3

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

Gardere01 - 6626433v.1

# Lori Druss

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | katlas@atlastriallaw.com; coburn@dcllegal.com; wilson@dcllegal.com |
| **Sent:** | Tuesday, May 26, 2015 3:32 PM |
| **Subject:** | Relayed: Relay of filing in USDC Case No 2:15-mc-00051-RSL / Wickfire, LLC v Trimax Media, Inc. et al. |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

katlas@atlastriallaw.com (katlas@atlastriallaw.com)

coburn@dcllegal.com (coburn@dcllegal.com)

wilson@dcllegal.com (wilson@dcllegal.com)

Subject: Relay of filing in USDC Case No 2:15-mc-00051-RSL / Wickfire, LLC v Trimax Media, Inc. et al.